1  Avi Burkwitz, Esq., Bar No.: 217225
   aburkwitz@pbbllp.com
2  Diana Ratcliff, Esq., Bar No.: 228302
   dratcliff@pbbllp.com
3  **PETERSON • BRADFORD • BURKWITZ**
   100 North First Street, Suite 300
4  Burbank, California 91502
   818.562.5800
5  818.562.5810 Facsimile

6  Attorneys for Defendants
   COUNTY OF LOS ANGELES, LISA POTTER,
7  RALPH MENA, DIANE GAINES, TORI, L. FROZINA,
   NELSON RIOS, VICKIE STEFFEN, erroneously sued as
8  VICKIE MCCAULEY, JANICE WOODS, M.D.

```
FILED
CLERK, U.S. DISTRICT COURT

FEB -2 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SMALLS, SR.; GLORIA WILLIAMS, in her capacity as Guardian Ad Litem for the minor, O.S., and W.S.; RANDY SMALLS, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LISA POTTER, individually and in her capacity as a social worker for the COUNTY OF LOS ANGELES, VICKIE MCCAULEY, individually and in her capacity as a social worker for the COUNTY OF LOS ANGELES, RALPH MENA, individually and in his capacity as a social worker for the COUNTY OF LOS ANGELES, NELSON RIOS, individually and in his capacity as a peace officer for the COUNTY OF LOS ANGELES, TORI L. FROZINA, individually and in her capacity as a nurse for the COUNTY OF LOS ANGELES, DIANE GAINES, individually and in her capacity as a nurse of the COUNTY OF LOS ANGELES, JANICE WOODS, individually and in her capacity as a physician for the COUNTY OF LOS ANGELES, and DOES 1 through 20, Inclusive<br><br>Defendants. | Case No.: CV10-9158 SVW (JCGx)<br>Assigned to the Honorable:<br>STEPHEN V. WILSON - Courtroom: 6<br><br>**JUDGMENT BASED ON COURT-ORDERED DISMISSAL OF DEFENDANTS**<br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: November 29, 2010 |

---

1

Case No.: CV10-9158
**JUDGMENT BASED ON COURT-ORDERED DISMISSAL OF DEFENDANTS**

Case 2:10-cv-09158-SVW -JCG Document 131-1 Filed 01/30/12 Page 2 of 3 Page ID #:1435

1. On January 11, 2012, this Court ruled on Defendants' Motion for Summary Judgment and ordered that Defendants, County of Los Angeles, Ralph Mena, Vickie Steffen and Janice Woods, M.D., be dismissed from this action. (See Docket No. 94.)

Based on the Court's ruling, and pursuant to L.R. 54-2.2, Defendants County of Los Angeles, Mena, Steffen, and Woods are the prevailing parties in the action and are entitled to have judgment entered as follows:

County of Los Angeles is entitled to have judgment entered in its favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Ralph Mena is entitled to have judgment entered in his favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Vickie Steffen is entitled to have judgment entered in her favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Janice Woods, M.D. is entitled to have judgment entered in her favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

///
///
///
///
///
///
///
///

PETERSON • BRADFORD • BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

Case 2:10-cv-09158-SVW -JCG Document 131-1 Filed 01/30/12 Page 3 of 3 Page ID #:1436

1. NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that Plaintiffs, Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S., take nothing from Defendants, County of Los Angeles, Ralph Mena, Vickie Steffen and Janice Woods, M.D., and that said Defendants, as the prevailing parties in the action, are entitled to costs and disbursements from Plaintiffs, jointly and severally in the amount of $_____.

DATED: 2/___/12

_____
The Hon. Stephen V. Wilson
Judge, United States District Court

PETERSON · BRADFORD · BURKWITZ
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800

3

Case No.: CV10-9158

**JUDGMENT BASED ON COURT-ORDERED DISMISSAL OF DEFENDANTS**

c:\users\mgarcia\appdata\local\microsoft\windows\temporary internet files\content.outlook\oft624z9kp-judgment-msj.docx