Case 2:10-cv-09158-SVW-JCG Document 132-1 Filed 01/30/12 Page 1 of 3 Page ID #:1439

Avi Burkwitz, Esq., Bar No.: 217225
aburkwitz@pbbllp.com
**PETERSON • BRADFORD • BURKWITZ**
100 North First Street, Suite 300
Burbank, California 91502
818.562.5800
818.562.5810 Facsimile

Attorneys for Defendants
COUNTY OF LOS ANGELES, LISA POTTER,
RALPH MENA, DIANE GAINES, TORI, L. FROZINA,
NELSON RIOS, VICKIE STEFFEN, erroneously sued as
VICKIE MCCAULEY, JANICE WOODS, M.D.

FILED
CLERK, U.S. DISTRICT COURT
FEB - 2 2012
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RANDY SMALLS, SR.; GLORIA WILLIAMS, in her capacity as Guardian Ad Litem for the minor, O.S., and W.S.; RANDY SMALLS, JR.<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, LISA POTTER, individually and in her capacity as a social worker for the COUNTY OF LOS ANGELES, VICKIE MCCAULEY, individually and in her capacity as a social worker for the COUNTY OF LOS ANGELES, RALPH MENA, individually and in his capacity as a social worker for the COUNTY OF LOS ANGELES, NELSON RIOS, individually and in his capacity as a peace officer for the COUNTY OF LOS ANGELES, TORI L. FROZINA, individually and in her capacity as a nurse for the COUNTY OF LOS ANGELES, DIANE GAINES, individually and in her capacity as a nurse of the COUNTY OF LOS ANGELES, JANICE WOODS, individually and in her capacity as a physician for the COUNTY OF LOS ANGELES, and DOES 1 through 20, Inclusive<br><br>Defendants. | Case No.: CV10-9158 SVW (JCGx)<br>Assigned to the Honorable:<br>STEPHEN V. WILSON - Courtroom: 6<br><br>**JUDGMENT ON SPECIAL VERDICT**<br><br><br><br><br><br><br><br><br><br><br><br><br><br>Complaint Filed: November 29, 2010 |

c:\users\mgarcia\appdata\local\microsoft\windows\temporary internet files\content.outlook\oit624z9\p-judgment-verdict.docx

This action then came on regularly for trial on January 17, 2012, in Courtroom 6 of the United States District Court, Central District of California, the Hon. Stephen V. Wilson, Judge presiding. The plaintiffs, Randy Smalls, Sr., Randy Smalls, Jr., and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S., appeared by David Beauvais, Esq. and Kate Wells, Esq. Defendants, Lisa Potter, Nelson Rios, Tori Frozina and Diane Gaines, appeared by George E. Peterson, Esq. and Avi Burkwitz, Esq.

On January 20, 2012, the jury found by special verdict in favor of Defendants Lisa Potter, Nelson Rios, Tori Frozina and Diane Gaines and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr., as Guardian Ad Litem for the minors, O.S. and W.S. on each claim.

It appearing by reason of said special verdict, Defendants Lisa Potter, Nelson Rios, Tori Frozina and Diane Gaines are the prevailing parties in the action and are entitled to have judgment entered as follows:

Defendant Lisa Potter is entitled to have judgment entered in her favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr., and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Defendant Nelson Rios is entitled to have judgment entered in his favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr., and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Defendant Tori Frozina is entitled to have judgment entered in her favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr., and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

Defendant Diane Gaines is entitled to have judgment entered in her favor and against Plaintiffs Randy Smalls, Sr., Randy Smalls, Jr., and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S.

NOW THEREFORE IT IS ORDERED AND ADJUDGED AND DECREED that Plaintiffs, Randy Smalls, Sr., Randy Smalls, Jr. and Gloria Williams, in her capacity as Guardian Ad Litem for the minors, O.S. and W.S. take nothing from Defendants Lisa Potter, Nelson Rios, Tori Frozina and Diane Gaines, and that said Defendants, as the prevailing parties in the action, are entitled to costs and disbursements from Plaintiffs jointly and severally in the amount of $_____

DATED: 2/2/12

The Hon. Stephen V. Wilson
Judge, United States District Court

c:\users\ngarcia\appdata\local\microsoft\windows\temporary internet files\content.outlook\olt624z9lp-judgment-verdict.docx